856 A.2d 27

IN THE MATTER OF SCOTT L. WISS, AN ATTORNEY AT LAW (ATTORNEY NO. 034141991).

September 10, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–106, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **SCOTT L. WISS** of **MASSAPEQUA, NEW YORK,** who was admitted to the bar of this State in 1991, should be suspended from the practice of law for a period of six months based on his guilty plea in New York to insurance fraud in the fifth degree, a class A misdemeanor, in violation of *New York Penal Law § 176.10,* and good cause appearing;

It is ORDERED that **SCOTT L. WISS** is suspended from the practice of law for a period of six months and until the further

Order of the Court, retroactive to March 1, 2004, the date of respondent's suspension in New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.